Michael R. Parker (SBN 271242)
E-mail: michael@mrparkerlaw.com
M.R. Parker Law, APC
6700 Fallbrook Ave, Suite 207
West Hills, CA 91307
Telephone: (818) 334-5711
Facsimile: (818) 394-6448

*Counsel for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEN WANG, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DEFENSE TAX GROUP INC.; and DOES 1 to 100,<br><br>　　Defendants. | CASE NO. 2:20-cv-01193-CJC-MRW<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**<br><br>Complaint Served: February 26, 2020<br><br>Honorable Cormac J. Carney<br><br>Complaint Filed: February 6, 2020 |

| | |
|---|---|
| **Michael R. Parker, Esq.**<br>**M.R. PARKER LAW, PC**<br>**6700 FALLBROOK AVE,  290 WEST HILLS, CA 91307** | |
| **US District Court**<br>  STREET ADDRESS: **312 N Spring St,**<br>CITY AND ZIP CODE: **Los Angeles, CA 90012**<br>    BRANCH NAME: **Central District**<br>    CASE NUMBER: **2:20-cv-01193-CJC-MRW**<br><br>Chen Wang,et al<br>    vs.<br>Defense Tax Group Inc. | **SUMMARY OF SERVICE**<br>**JOB COMPLETE**<br>**CW336964**<br>**1 PROCESS** |
| | **COMPLETED BY**<br>**John Jose Gonzalez**<br>**2/26/2020  11:14 AM** |
| **PROOF OF DELIVERY** | Reference No.: |

DOCUMENTS SERVED:

**Summons & Complaint;Civil Case Cover Sheet;Certification and Notice of Interested Parties;Notice of Assignment;Notice to parties of Court-Directed ADR Program2-13;**

| | |
|---:|---|
| PARTY SERVED: | Defense Tax Group Inc. |
| PERSON SERVED: | Chris Martin Solton - Agent for Service |
| BY LEAVING WITH: | "Jane Doe" - Receptionist |
| DATE & TIME OF SERVICE: | 2/26/2020<br>11:14 AM |
| ADDRESS, CITY, AND STATE: | 12121 Wilshire Blvd Ste 1240<br>Los Angeles, CA 900251176 |
| DATE OF MAILING: | February 26, 2020 |
| MAILING ADDRESS: | 12121 Wilshire Blvd Ste 1240<br>Los Angeles, CA 900251176 |
| PHYSICAL DESCRIPTION: | **Age: 30's Weight: 160 Hair: Brown Sex: Female Height: 5'4 Eyes: Brown Race: Hispanic** |

MANNER OF SERVICE:

**Substituted Service - By leaving the copies with or in the presence of "Jane Doe" a person at least 18 years of age apparently in charge at the office or usual place of business of the person served.  I informed him/her of the general nature of the papers.**