JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/8/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEN WANG, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEFENSE TAX GROUP INC. and DOES 1 to 100,<br><br>    Defendants. | Case No.: CV 20-01193-CJC (MRWx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

This matter came before the Court on Plaintiff's motion for default judgment. (Dkt. 22.)  On October 8, 2020, the Court granted Plaintiff's motion in substantial part. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff and against Defendant.  Plaintiff is awarded $4,000 in statutory damages and $800 in attorney fees.  In addition, Defendant Defense Tax Group Inc. and its agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with it, are

**PERMANENTLY ENJOINED** from calling Plaintiff or sending Plaintiff text messages using an automatic telephone dialing system without Plaintiff's prior express consent.

DATED: October 8, 2020

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

-2-